## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re: Sherry A Cooney,                    Case No.: 15-60352-abf13

        Debtor.

## AMENDED PLAN

COMES NOW, Debtor, and for her Amended Plan, proposes the following:

1. **PLAN PAYMENT:** Debtor shall pay **$385.00** per month from future earnings to the standing Chapter 13 trustee.

2. Debtor's objection to Regency Finance Company's proof claim (Court Claim #1) has been granted resulting in treatment of said claim as a general unsecured claim.

3. Debtor has provided information verifying the secured claim to Ohio Valley CU is a long term debt.

4. All other provisions of the Plan are to remain the same.

Dated this 8th day of June, 2015.

        Respectfully Submitted,

        By:  /s/ James M. Poe
        James M. Poe, #58236
        2060 East Sunshine
        Springfield, Missouri 65804
        Phone: 417-887-1807
        Fax: 417-429-2142
        *Attorney for Debtor*

**CERTIFICATE OF SERVICE:** By signing above, the attorney certifies that on June 8, 2015, the above document was filed electronically in the United States Bankruptcy Court, Western District of Missouri, with the parties in interest to receive notice electronically.